IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-11184
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROSENDO NAVA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-306-ALL-G
--------------------
June 14, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

        The Federal Public Defender appointed to represent Rosendo
Nava has moved to withdraw and filed a brief as required by
Anders v. California, 386 U.S. 738 (1967).  Although he was
informed of counsel's motion, Nava has not filed a response.  Our
independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion to withdraw is
GRANTED.  Counsel is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.